IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEEP SANTA ROSA BEAUTIFUL, INC.,
a Florida not-for-profit corporation

       Plaintiff,

v.                                                    Case No.: 3:22-cv-01572-MCR-MJF

BUTTERFLIES IN MOTION, INC.,
formerly known as PANHANDLE
BUTTERFLY HOUSE & NATURE
CENTER INC., a Florida not-for-profit
corporation, and JENNIFER WEBER,
an individual,

       Defendants,

and

BUTTERFLIES IN MOTION, INC.,
formerly known as PANHANDLE
BUTTERFLY HOUSE & NATURE
CENTER INC., a Florida not-for-profit
corporation, and JENNIFER WEBER,
an individual,

       Counter-Plaintiffs,

v.

KEEP SANTA ROSA BEAUTIFUL, INC.,
a Florida not-for-profit corporation, and
LOUISE BIERNESSER, an individual,

       Counter-Defendants,
_____/

**JOINT MOTION FOR EXTENSION OF ALL PENDING DEADLINES**

Plaintiff/Counter-Defendant, Keep Santa Rosa Beautiful, Inc. ("KSRB"), Counter-Defendant, Louise Biernesser, and Defendants/Counter-Plaintiffs, Panhandle Butterfly House & Nature Center Inc. and Jennifer Weber, file this joint motion seeking an extension of all pending deadlines by 90 days. In support, the parties state as follows:

1. The discovery deadline in this matter is currently February 27, 2023. Doc. 42. The deadline to file dispositive motions and *Daubert* motions is 21 days following the close of discovery. *Id.* In addition, the mediation deadline is 14 days following the close of discovery.

2. The parties have proceeded with discovery and had planned to complete discovery in advance of February 27, 2023. They have exchanged and responded to numerous written discovery requests. Plaintiff/Counter-Defendant KSRB previously deposed Defendant/Counter-Plaintiff Jennifer Weber. The parties had scheduled seven depositions for the week of February 20, which including several third parties. This would enable them to complete discovery prior to the discovery deadline. In addition, the parties had discussed and agreed to a mediator, and were in the process of scheduling mediation.

3. Unfortunately, Jared Doster, counsel for Defendants/Counter-Plaintiffs has experienced a very significant health issue in the past few days. He notified counsel for Plaintiff and Counter-Defendants very early Monday morning

(February 13, 2023) about this issue. He informed them that he would be suspending his practice in the meantime to address this health issue and that his clients may need to seek new counsel.

4.  Jack Zoesch, Counsel for Plaintiff and Counter-Defendants, immediately responded, then later on Monday inquired about the status of various matters, not least of which depositions. Although Mr. Doster did not respond on February 13 due to his addressing health matters, Mr. Zoesch and Mr. Doster spoke earlier today, February 14.

5.  Understandably, Mr. Doster is currently unsure of whether he can or will continue to represent Defendants/Counter-Plaintiffs in this matter. Counsel for both parties therefore discussed and agreed that an extension of all pending deadlines is not only necessary, but also the only fair way to Mr. Doster's clients to proceed, particularly with depositions and other significant deadlines upcoming.

6.  The parties respectfully request a 90-day extension of the remaining deadlines, including the discovery deadline, the dispositive and *Daubert* motion deadline, and the mediation deadline.

7.  This extension will afford Mr. Doster and Defendants/Counter-Plaintiffs adequate time to determine whether and how he can proceed as counsel. And, in the event Mr. Doster cannot proceed as counsel, a 90-day extension will

offer ample time for Mr. Doster's clients to obtain new counsel and complete discovery as currently planned.

8. The parties acknowledge that they have previously requested extensions of various deadlines but emphasize the personal and unavoidable nature of this request. Counsel for Plaintiff/Counter-Defendants strongly support for this extension out of fairness to opposing counsel and the opposing parties.

9. The parties request this extension of time in good faith and have set forth good cause for the extension of the remaining pending deadlines. This request is also made before the current prescribed deadlines expire.

WHEREFORE, the parties jointly respectfully request that the Court extend all pending deadlines by 90 days.

| | |
|---|---|
| */s/ John R. Zoesch III* | */s/ H. Jared Doster* |
| **JOHN R. ZOESCH III** | **H. JARED DOSTER** |
| Fla. Bar No.: 0045257 | Florida Bar No. 1024069 |
| jrz@beggslane.com | jared@doster.law |
| **JOHN H. ADAMS** | **DOSTER LAW PLLC** |
| Fla. Bar No.: 13208 | 97 West Oak Avenue, Suite 300 |
| jha@beggslane.com | Panama City, Florida 32401 |
| **BEGGS & LANE, RLLP** | Tel:  (850) 319-4248 |
| 501 Commendencia Street | *Attorney for Defendants/Counter-Plaintiffs* |
| Pensacola, FL  32502 | |
| Tel:  (850) 432-2451 | |
| Fax:  (850) 469-3331 | |
| *Attorneys for Plaintiff/Counter-Defendants* | |