UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEEP SANTA ROSA BEAUTIFUL INC,**

    Plaintiff,

v.                       CASE NO. 3:22cv1572-MCR-ZCB

**BUTTERFLIES IN MOTION, INC. f/k/a PANHANDLE BUTTERFLY HOUSE & NATURE CENTER INC., and JENNIFER WEBER,**

    Defendants.
_____/

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation dated December 5, 2022 (ECF No. 41). The parties have been furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly:

    1.    The Report and Recommendation, ECF No. 41, is adopted and incorporated herein by reference.

2.  Defendants' Motion for Judgment on the Pleadings, ECF No. 30, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a.  GRANTED as to Plaintiff's Florida Deceptive and Unfair Trade Practices Act damages claim, Count III, which is **DISMISSED without prejudice** to Plaintiff promptly filing an amended complaint that properly states a claim for damages under the Florida Deceptive and Unfair Trade Practices Act.[1]

   b.  GRANTED as to Plaintiff's Florida Uniform Trade Secrets Act claim, Count IV, which is **DISMISSED without prejudice** to Plaintiff promptly filing an amended complaint that properly states a claim under the Florida Uniform Trade Secrets Act.

   c.  DENIED as to Plaintiff's Florida Deceptive and Unfair Trade Practices Act claim, Count III, **to the extent Plaintiff seeks injunctive relief**.

**DONE AND ORDERED** this 17th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The record reflects that Plaintiff has timely complied by filing a Corrected Amended Complaint to which Defendants have filed an Answer.

CASE NO. 3:21cv680-MCR-HTC