# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

KEEP SANTA ROSA BEAUTIFUL,
INC.,
    Plaintiff,

v.

BUTTERFLIES IN MOTION, INC., et
al.,
    Defendants.

CASE NO. 3:22cv1572-MCR-MJF

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on     July 13, 2023

Motion/Pleadings: MOTION TO EXCEED WORD COUNT

Filed by   Plaintiff     on July 12, 2023    Doc. # 71

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pleading

 X  Unopposed     \_\_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

On consideration, the motion is GRANTED. Plaintiff's Motion for Summary Judgment (ECF No. 70) may exceed 8,000 words.

**DONE** and **ORDERED** this 13th day of July 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**